MARY F. BASSETT and Others, Respondents, v. SADIE SALTER and WILLIAM C. CASEY, Guardian ad Litem for JOHN SALTER and WILLIAM SALTER, Infants, etc., Appellants.— Action under article 15, sections 500 to 508, inclusive, of the Real